UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE SHELLHAMMER,

        Plaintiff,

v.                                       Case No. 11-13467
                                       Honorable Julian Abele Cook, Jr.

COMMISSIONER OF
SOCIAL SECURITY

        Defendant.


<u>ORDER</u>

      This case involves a complaint by the Plaintiff, Christine Shellhammer, who, in relying

upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the

Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties

thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both

of which were forwarded by the Court to the Magistrate Judge for evaluation. In a report on August

21, 2012, the Magistrate Judge recommended that this Court (1) grant the Commissioner's motion

for summary judgment, and (2) deny Shellhammer's motion for summary judgment. As of this date,

neither party has expressed any objections to the Magistrate Judge's report and recommendation.

The period of time for filing objections having now expired, this Court adopts the report, including

the recommendations of the Magistrate Judge, in its entirety.

      IT IS SO ORDERED.

Date: September 26, 2012                    s/Julian Abele Cook, Jr.
                                           JULIAN ABELE COOK, JR.
                                           U.S. District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 26, 2012.


                                           s/ Kay Doaks
                                           Case Manager

2